FILED - USDC - FLMD - OCA
OCT 20 2026 PM3:17

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 5:26-cr-127-TPB-PRL
18 U.S.C. § 201(b)(2)(C)
18 U.S.C. § 1791(a)(1)

WESTON A. BURNEY
a/k/a "uncle D"
a/k/a "uncled121"

SEALED

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
**(Receipt of a Bribe by a Public Official)**

Between in or about February 2025, and in or about June 2025, in the Middle District of Florida, the defendant,

**WESTON BURNEY,**
**a/k/a "uncle D,"**
**a/k/a "uncled121,"**

being a public official, employed by the United States Department of Justice, Federal Bureau of Prisons, as a correctional officer at the Coleman Federal Correctional Complex, did, directly and indirectly, knowingly and corruptly receive, accept, and agree to receive and accept anything of value personally and for any other person and entity, in return for being induced to do an act in violation of his official duty,

that is, the smuggling of contraband into the Coleman Federal Correctional Complex in return for payment of monies.

In violation of 18 U.S.C. § 201(b)(2)(C).

**COUNT TWO**
**(Providing Contraband to a Federal Prisoner)**

Between in or about February 2025, and in or about June 2025, in the Middle District of Florida, the defendant,

**WESTON BURNEY,**
**a/k/a "uncle D,"**
**a/k/a "uncled121,"**

provided or attempted to provide prohibited objects, namely Methyl 3,3-dimethyl-2-(1-(pent-4-en-1-yl)-1H-indazole-3-carboxamido) butanoate (MDMB-4en-PINACA), a Schedule I controlled substance, and tobacco, to J.J., who at the time stated in the indictment was an inmate of a prison, namely Coleman Federal Correctional Complex.

In violation of Title 18, United States Code, Section 1791(a)(1), (b)(2), and (b)(5).

**FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 201(b)(2)(C), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

[redacted]

Foreperson

GREGORY W. KEHOE
United States Attorney

By: ______________________
Angela Moon Palacios
Assistant United States Attorney

By: ______________________
Robert E. Bodnar. Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
October 26

No. 5:26-cr

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

WESTON A. BURNEY
a/k/a "uncle D"
a/k/a "uncled121"

INDICTMENT

Violations: 18 U.S.C. § 201(b)(2)(C)
18 U.S.C. § 1791(a)(1)

A true bill,

[redacted]
Foreperson

Filed in open court this 20th day

of October 2026.

_______________________
Clerk

Bail $_______________

GPO 863 525